**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DONNELL & GLORIA MCNEER FAMILY LIMITED PARTNERSHIP LP** **PLAINTIFF**

**V** **NO.: 4:26-CV-82-RPC-JMV**

**ASCOT SPECIALTY INSURANCE CO.** **DEFENDANT**

**ORDER**

Before this Court is Ascot Specialty Insurance Company's (Ascot) Motion to Dismiss for failure to state a claim [5]. The Motion [5] was filed on September 21, 2026. On September 29, 2026, Plaintiff Donnell & Gloria McNeer Family Limited Partnership LP (McNeer LP) filed an Amended Complaint [12]. Because McNeer LP was within its 21 days to amend as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), the Amended Complaint [12] is now the operative complaint, thus superseding the original complaint. "Accordingly, when a motion to dismiss has been filed against a superseded complaint, the proper course ordinarily is to deny the motion to dismiss as moot." ***Ellis v. Lowndes Cnty.***, 2017 WL 4678222, at *1 (N.D. Miss. Oct. 17, 2017). Therefore, the Court **DENIES** Ascot's Motion to Dismiss [5] as **MOOT**.

**SO ORDERED**, this the 30th day of September, 2026.

Robert P. Chamberlin
**UNITED STATES DISTRICT JUDGE**